1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JERRY W. BAKER,

11              Plaintiff,                    No. 2:12-cv-0553-KJM-JFM (PC)

12         vs.

13    MARSH, *et al.*,

14              Defendants.           FINDINGS & RECOMMENDATIONS

15    _____/

16              By order filed July 9, 2012, plaintiff's complaint was dismissed and thirty days

17    leave to file an amended complaint was granted.  The thirty day period has now expired, and

18    plaintiff has not filed an amended complaint or otherwise responded to the court's order.

19              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20    without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

21              These findings and recommendations are submitted to the United States District

22    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

23    days after being served with these findings and recommendations, plaintiff may file written

24    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25    Findings and Recommendations."  Any response to the objections shall be filed and served

26    within fourteen days after service of the objections.  Plaintiff is advised that failure to file

                                                    1

1   objections within the specified time may waive the right to appeal the District Court's order.

2   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: August 30, 2012.

4

5                                              UNITED STATES MAGISTRATE JUDGE

6

7   /014;bake0553.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26